NO. 30263

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

PATRICK DAVID TINAO, Petitioner,

vs.

STATE OF HAWAI‘I, Respondent.

ORIGINAL PROCEEDING

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the papers submitted by Patrick David Tinao, it appears that the papers seek relief by way of a writ of prohibition and/or mandamus, but we are unable to ascertain from the papers the basis for the relief sought. Therefore,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the papers as a petition for a writ of prohibition and/or mandamus without payment of the filing fee.

IT IS FURTHER ORDERED that the petition for a writ of prohibition and/or mandamus is dismissed.

DATED:  Honolulu, Hawai‘i, January 12, 2010.